UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PHILIP GROSTEFON,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | CIVIL ACTION NO:  1:05cv0135 |
| ) | |
| LINDA S. MCMAHON,        ) | |
| Commissioner of Social Security        ) | |
| ) | |
| ) | |
| Defendant.        ) | |
| ) | |

**OPINION and ORDER**

This matter is before the Court on the Petitioner's Motion for Judgment (DE# 13) filed on February 5, 2007.  No response has been filed by the Commissioner of Social Security.

The Motion for Judgment requests that the Court enter a Judgment in favor of the Petitioner because after this Court entered a sixth sentence remand under 42 U.S.C. § 405(g),  a fully favorable decision was rendered in the Petitioner's favor on March 6, 2006.  *See* Mot. for Judg. Exhibit 1.  The purpose of the present motion is that counsel for the Petitioner would  like to pursue EAJA fees along with fees under 42 U.S.C. § 406(b), if appropriate, but believes he cannot because the Commissioner has not yet filed a transcript of the administrative hearing; accordingly, the Petitioner waives the filing of a transcript and  asks for the entry of a judgment.  *See* Memorandum in Support of Motion for Judgment.

The filing of a transcript, however, is only required under 42 U.S.C. § 405(g) if the "Commissioner has not made a decision fully favorable to the individual . . . [.]"  In instances, such as

here, where a fully favorable decision to the Petitioner has been rendered, only the Commissioner's "modified findings of fact and decision" needs to be filed.  The Petitioner has thus undertaken to fulfill the Commissioner's filing role by submitting the fully favorable decision and supportive findings to the Court.

Having reviewed the filings, the Motion for Judgment is hereby GRANTED and IT IS THEREFORE ORDERED that the Clerk enter judgment in favor of the Plaintiff in the above-captioned matter affirming the fully favorable March 6, 2006, decision of the Commissioner of Social Security.

Enter: February 28, 2007     s/Roger B. Cosbey
                             Roger B. Cosbey
                             United States Magistrate Judge