UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PHILIP GROSTEFON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:05-CV-00135 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the Court on a Motion of Award of Attorney's Fees Pursuant to the Equal Access to Justice Act filed by Plaintiff Philip Grostefon on March 6, 2007.[1] (Docket # 17.) On February 28, 2007, this Court entered an Order remanding this case to the Social Security Administration for further proceedings. (Docket # 15.)

In his motion, Grostefon is seeking $1,185.75 in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The EAJA states that "[e]xcept as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). Here, the Commissioner apparently concedes that an award of fees is

---

[1] This case was commenced while Jo Anne B. Barnhart was serving as the Commissioner; Michael J. Astrue is now the current Commissioner. (Docket # 1); *see* Fed. R. Civ. P. 25(d)(1) ("When a public officer is a party to an action in his official capacity and during its pendency dies, resigns, or otherwise ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party.").

appropriate, since it filed a response stating that it has no objection to Grostefon's motion. (Docket # 20.)

Accordingly, Grostefon's request for attorney fees will be granted.

## CONCLUSION

For the foregoing reasons, Grostefon's motion for award of attorney's fees under the EAJA (Docket # 17) is GRANTED in the amount of $1,185.75.

Enter for March 21, 2007.

S/ Roger B. Cosbey  
Roger B. Cosbey  
United States Magistrate Judge